**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COREY MOTT**                                                      **PLAINTIFF**
**ADC #178803**

**v.**                              **Case No. 4:25-cv-01290-LPR-ERE**

**DAWN LEVER**                                                      **DEFENDANT**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion to Dismiss (Doc. 6) is DENIED as moot.

2.      Plaintiff's official capacity claims against Defendant Lever are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE