**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COREY MOTT** **PLAINTIFF**
**ADC #178803**

**v.** **Case No: 4:25-cv-01290-LPR**

**ETHAN, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 22). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Amended Complaint is DISMISSED without prejudice for failure to: (1) comply with the Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's April 21 Order; (3) update his address; and (4) prosecute this lawsuit. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE